Nabeel Zuberi, ESQ., SBN 294600
BUCKLEY MADOLE, P.C.
301 E. Ocean Blvd, Suite# 1720
Long Beach, California 90802
Telephone: (562)983-5360
Facsimile: (562)983-5360

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 1/17/2017 4:37:06 PM
By: Lisa Dalia, Deputy

Attorney for Plaintiff,
Deutsche Bank Trust Company

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF MONTEREY
## MONTEREY CIVIL DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8<br><br>Plaintiff,<br><br>vs.<br><br>Concetta McBride, Gregory McBride; DOES 1 through 20, inclusive,<br><br>Defendants, | CASE NO.:   17CV000216<br><br>COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1161a<br><br>Limited Civil Case<br><br>Amount Not to Exceed $10,000.00 |

Plaintiff is informed and has reason to believe that the following allegations are true and correct:

1. Plaintiff, DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8, is entitled to possession and is the owner of record of a parcel of real property located at 12326 MARAVILLA DR, SALINAS, CA 93908. The property is located within the above-referenced Judicial District and County.

2. Plaintiff, DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8 is an entity lawfully conducting business in California.

3. Defendant(s), CONCETTA MCBRIDE, GREGORY MCBRIDE and ALL UNKNOWN OCCUPANTS at all times herein mentioned resided in the State of California, County of MONTEREY.

4. Defendant(s), and each of them are currently in possession of and occupying the above-described premises

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capcities, whether individual, corporate, associate or otherwise, of the defendant(s) named herein as Does 1-20, inclusive, and each of them are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the real property in MONTEREY County, California, which is located at 12326 MARAVILLA DR, SALINAS, CA 93908(the "Property") which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns said land by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9. Defendants or their predecessors defaulted under the terms of the Deed of Trust which secured the Property the subject of this litigation. Thereafter a Notice of Default and Breach of Conditions of the Deed of Trust and Election to Sell the Property, to satisfy the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of MONTEREY, California.

10. After failure of defendants or their predecessors to cure said default a Trustee's Sale of the Property was duly noticed as required under California Civil Code section 2924 et seq., to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale, the property was sold to Plaintiff. The Trustee's Deed Upon Sale was thereafter recorded in the MONTEREY County Recorder's Office thereby duly perfecting Plaintiffs title to the Property. A true and correct certified copy of the Trustee's Deed is attached hereto marked Exhibit "A" and made a part hereof.

12. On 01/07/2017, Defendant(s) was/were served with a written notice requiring Defendant(s) and "All Persons in Possession" of the Property to quit and deliver up possession of to property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "B" and is incorporated by this reference. A true and correct

COMPLAINT FOR UNLAWFUL DETAINER

2

copy of the Proof of Service of Notice for possession is attached hereto as Exhibit "C".

13. Defendant(s) have failed and refused to deliver up possession of the Property after expiration of the Notice as required by California Code of Civil Procedure section 1161a

14. The notice to quit expired on 01/13/2017, and as of the date of this Complaint, defendant(s) continues in possession of the Property without Plaintiff's permission or consent.

15. The reasonable value of the use and occupancy of the Property is equal to an amount according to proof at trial and damage to the Plaintiff caused by defendant's unlawful detention thereof has accrued at said rate since 01/13/2017 and will continue to accrue until the date of entry of Judgment.

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

1. Restitution and immediate possession of the Property;
2. An order restoring the Property to Plaintiff;
3. Damages in an amount to be determined, according to proof at trial at a daily rate from 01/13/2017 until the date that Judgment,
4. For cost of suit herein;
5. For such other and further relief as the court deems just and equitable.

Dated: January 13, 2017      BUCKLEY MADOLE, P.C.

By: _____
Nabeel Zuberi, Esq.
Attorneys for Plaintiff  DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC PASS THROUGH CERTIFICATES 2007-QH8