FILED

MAY 3 0 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To: clerk of the court

From eeon, a natural man/person

Reference: Caption and other mistakes of record

May 25, 2017

It has been brought to our attention that you have change the caption of the case without notification and or leave to amend. We have not consented nor do we consent to your altering the caption. Please also take into special notice that the address for the petitioners is necessary so that there is no **"interference with the passage of the mails"** we are aware of your internal policies that allows you to do certain things however you must understand that the right to access the court is ours not yours, so please revert the caption back to the initial filing and presentments to this body.

We also have taken notice that you have listed the petitioner "Eeon" what out the qualifier denoting capacity, "a Natural Person", that is the way one entered into the state court, and that is the way it shall remain, please change the caption to reflect the qualifier.

Also the note that this is not a Presentment and are pleading by someone who is part of some group and/or movement, but by a party who has the legal name, and the separate legal person, and the separate lawful name and the separate lawful person known as **eeon**. And I have the right to present myself and my Natural Capacity, as an individual which is a legal term that specifically says, individual- means a natural person.

I do not wish we have a bumpy relationship but it is necessary that we resolve these issues from the onset so that they don't become bigger problems later. So if you would please correct the record except our notice that we are presenting to you that we elect to be before an article 3 judge, and asked that the case be assigned to an article 3 judge only, if that wouldn't be too much trouble?

We thank you for your time and we're sorry if there's been any confusion, this whole legal thing and processes rather overwhelming, so please be patient with us as we will try our best to make your job as easy as possible, thank you once again.

IN THE FEDERAL COURT OF THE UNITED STATES
IN AND FOR THE REPUBLIC OF CALIFORNIA

| | |
|---|---|
| Eeon, a natural individual standing sui juris in his Natural Capacity, et al; Concetta Mcbride a natural woman standing sui juris in Her Natural Capacity, et al: and all other occupants, individuals as well as non-individuals, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Deutsche Bank, et al. in their private capacity; The Monterey COUNTY Superior Court, et al. in their nongovernmental capacities; the Monterey County Sheriff's department, et al- in their nongovernmental capacities.; The California legislature, et al.-in their nongovernmental capacities; doe's 1 through 2000, et al- each in their non-individual capacities<br><br>Defendant(s) | **Federal Court Civil Case Number:**<br><br>**17 cv 2925**<br><br><br>**notice of removal** |

I.   Your responsibilities:

1.  On or about May 22, 2017 the Monterey County received and processed a notice of right to claim of possession what respects the case number 17 CV 000216. The Monterey County superior court receive payment for two weeks rent noting that the plaintiff Deutsche Bank, etc. al; listed the weekly rental at zero dollars. The filing of this by the clerk of the court officially stayed the matter with reference to the previous order issued by the clerk of the court on or about May 11, 2017.

2.  On or about May 22nd 2007 a notice of removal was filed in reference to case number 17 CV 000216 in the United States federal court at San Jose California case number 17 CV 2925.

3.  Per federal statute (28 USC 1446) all lower court case matters, in this instance would reference to 17 CV 000216, and the related case 17 CV 000389, are stayed pending re-manned by the federal court.

4.  You are hereby commanded to cease and desist any and all debt related collection activities and/or foreclosure proceedings immediately.

II.   Why this presentment:

5. The courts of too often times allowed the agencies of the state, and/or of the federal government to run amok, to do as they please despite the irreparable harm that is done as a result of those actions perpetrated by them in the name of what they refer to is the law.

6. The largest problem is most government agencies conduct commercial business on a regular basis which prohibits them utilizing tax dollars, from the tax revenues to accomplish any of their actions while in his capacity.

7. This lawsuit was removed from the state court to the federal court because the respondents have on at least five different occasions failed to service the documents they filed in the court case upon the petitioners in violation of due process and the rules of procedure for the state of California and the United States in civil matters.

8. Proof is readily evident on the record and that the clerk of the court and the respondent Deutsche Bank along with their attorneys, and the Sheriff's Department have colluded together to deprive residents of the state of California their property without due process of law.

9. We have attached by reference a copy of the docket for the state court proceedings, in this docket we note that there is indication that a petition was made to the court for default judgment, and that the respondents attorney alleges under penalty of perjury to have presented a copy of that to the petitioners.

10. We noted to the court that there has been no response to our pleadings to the court and the matter of 17 CV 000216, that the record is clear that service was process upon the petitioner Ms. McBride on or about March 10, 2017, but not on the petitioner Eeon, a natural person.

11. The documents will indicate that they were in the present tense when presented to the court regarding not having received any notification from the court, not even the court's own entry a default judgment has been received to this date. We also put into the record that of the clerk of the court did send any of its notices as the rules of civil procedure requires, then there will be some notations in their accounting as all of their mailings are paid for by the court as they do not get access to free postage per operation of law. The respondents attorney's not notifying us of its request for a default judgment, and the court issuing a default judgment without notifying us that it issued a default judgment has caused irreparable harm.

12. Despite the fact that we did get a stay of the clerks default judgment order, and a new court date of June 5, 2017 the Sheriff's Department FOR Monterey COUNTY proceeded to do an eviction of the petitioners on 5 - 24 – 2017.

13. Despite the fact that the sheriff had a copy of the notice of removal, he was still intent on enforcing an eviction in violation of the District Court's order indicating the acceptance of the notice of removal (See "order setting initial case management conference and ADR deadlines), and the scheduling of dates.

14. We present that this order superseded the order by the clerk of the court previously issued, whether for the postponement and staying of the default judgment and writ of possession enforcement order, and or the order for new court date.

15. The sheriff and the clerk of Monterey COUNTY are both in violation of tax and revenue laws in that they continue to act despite the lack of jurisdiction and/or discretion in this arena and we petition this court for an immediate injunction against the Monterey County Sheriff's Department, and the Monterey County superior court.

16. We also petition this court to impose upon all parties including the petitioners that they provide proof of actual service of any and all documents filed into the record, so that there cannot be a repeat of one party making a claim that they have notified another party without that proof existing on the record.

17. Normally it would not be necessary to ask for such proof appearing on the record however we have several instances where the clerk of the court claimed someone did not respond to provide an answer to the complaint, when there are several documents on the record that prove that there was a response put into the record (see: in particular the documents entitled "response notice of related case filed on or about January 27, 2017, and notice of adverse claim filed on or about April 7, 2017), or has been a violation of due process and we are attempting to see to it that justice is not trampled and/or unhinged as a result of unscrupulous activities.

We present these matters before this court and notify this court that as of this day the respondents are receiving a copy of this presentment along with the complaint and the notice of removal formally by certified United States Postal Service Mail, and I do present this as attested accurately on this May 25, 2017 so help me God.

By: _[signature]_