

**FILED**
DEC 05 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DISTRICT COURT of the United States of America**

| Eeon, etc.. al... Vs. Deutsche, etc... aL... | Case number: 17 – CV – 02925 |
| | State Court Case Number: 17 – CV – 000389 |

### "NOTICE OF APPEAL"

1. It Appears That This Court Has Gone Out Of its Way to Ignore our rights, and we object on the record.

2. This court continues to ignore the lower court record and refuses to recognize the fact that Eeon continues to be a party of record in the instant matter. Also refuses to acknowledge the fact that it had the option to request a show of cause.

3. A copy of the record was sent to this court with the original reconsideration motion in July 2017, this court has taken more than 120 days to respond to the reconsideration motion, doing so intentionally when originally its response was within a matter of days to the original amended complaint.

4. The amended complaint created a new cause of action, that new cause of action was done after the notice of removal, ergo the court had no jurisdiction to determine who was a party who is not a party with respect to lower court matter.

5. Because the notice of removal created a new matter, in a new jurisdiction, the rules permitting amendments apply, so this court made a decision in error and was asked to reconsider its error and has refused to do so.

6. It is at this time that we exercise our right to appeal the decision of this body to dismiss our complaint without merit, without consideration, without justification, and without discretion.

7. We hereby present our notice of appeal, and we also include fees for services concerning this matter in its entirety see: attachment.

8. We thank you for your time and ask that you have a good day.

### Certificate of service

I attest as well as declare as well as certified as well as ascribe as well as affirm that the aforegoing affidavit is accurate to the best of my first-hand knowledge of the facts and events stated throughout my claims herein, and that I personally meld a copy of this presentment to the opposing party at the address contained within the matter and I do so under the constitution for the United States of America and the state of new Colombia so help me God on this November 22, 2017' " " " " "

s/: