IN THE FEDERAL DISTRICT COURT OF THE UNITED STATES OF AMERICA

IN AND FOR THE STATE OF CALIFORNIA



FILED
FEB 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| Eeon, etc. al | Case number: 17 cv 02925 **BLF** |
|---|---|
| V. | |
| The, et al | A final opportunity for the courts judicial officer to set aside her prejudice, and stop placing false and misleading information on the record. Motion to strike and to vacate void order! |

I.  **Proper procedure**:

1. The judicial officer is a learned fellow, this matter was properly removed to Federal Court, once the matter removed to federal court it stays the state action:

    a. Once a state proceeding is "removed" from the State Court it is completely stopped or "stayed" until the Federal Judge orders the case to be "Remanded" back to the State Court. This could take anywhere from 10 to 30 days or more depending upon the Judge who is assigned to the case. 28 U.S. Code § 1446 - **Procedure for removal of civil actions** … **(d)Notice to Adverse Parties and State Court.—**
    Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and **shall file a copy of the notice with the clerk of such State court**, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.

II.  **Notification to the court:**

2. All this court had to do was to properly check with the lower court to see officially who the parties were, and this despite the fact that such records were placed before the court in the first instance.

3. But the judicial officer due to her own self prejudice has decided to place false and misleading evidence into the record claiming that the petitioner is not a party to the state matter.

4. Stating that a party is not a subject of a state proceeding with respect to the notice of removal when in fact the official record says contrary makes all of the actions by this court void.

5. The judicial officer is acting in an incompetent manner in interfering with the business of the court it is believed the judicial officer suffering from a mental disability and/or defect which is preventing her from carrying out the duties assigned to her within her official capacity and if she

persists we will file a claim against her for such dereliction of duty and diminished capacity as a result of either mental disease and/or defect.

6. Tasked with the responsibility for carrying out the business of the court, it appears this judicial officer has chosen purposely to ignore the record, to ignore the fact that in the more state matter all parties remain properly documented.

7. And even if one party did come into the matter without being properly recognized and/or associated the proper procedure was to order a show of cause, this judicial officer is not interested in the fair and impartial administration of justice her interest lay without the scope of common sense and/or professionalism and we must demand her recusal.

8. The matter was introduced to the court by several parties, this particular court only dismiss the matter referencing one party which is a violation of procedure which makes the matter still pending respecting that party precluding the voided remand that took place back in June, denying that party their right to access justice and denying them due process of law.

9. However, when the judicial officer of the court in its motion notified the parties it did so acknowledging that there were other parties associated with the removal document and the fact that that party or those parties had rights which were never addressed by the court, and we object.

10. This body felt recognized the power of attorney granted Eeon a physical person over the other parties bringing forth the removal and notice, and because this court did not address all parties in a notice of removal, for which a notice of removal cannot be perfected without all party defendant's agreement to such removal which was the case in this instance, the court was under obligation to acknowledge the other parties bringing forth the removal and it did not in violation of due process.

11. The court was also to have acknowledged the very fact that all of its decisions based on that erroneous order and decision, and subsequent actions as a result thereof has caused damage to the petitioner's, renders those decisions, those erroneous orders void and we hereby petitioned this court for a motion to vacate/set aside and let justice be done though the heavens fall.

12. We asked the court not to judicial officer to reconsider its illegal order and we demand that such orders be vacated immediately.

The aforementioned is accurate done under penalty of the Constitution for the great state of Washington and the United States of America without recourse on this February 9, 2018. I hereby notify this court of my certificate of service upon all related and associated parties of this presentment on this very same day and or so hereafter, through the United States Postal Service dropbox mail, and attest, affirm as well as declare such to be so, so help me God.

x. __s/: Eeon_____
By: Eeon, a physical person

x. _[signature]_____
Concetta McBride, a physical person as defined in statute